T UVŒJÞ ÁÕÜŒÞVÒÖL
ŒT ÔÁ^•^oÁ¦¦ÁT[}åæêÊ
Ö^&^{ à^¦ÁŒŒGFHÊæ
GŒŒÁÈ Eä ÁÔ[\^çä¦^Ê
V^}}^••^^ÊÁ

*Kevin H. Sharp*

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TERRY LOGAN ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| VERSUS ) | CIVIL ACTION NO. 2:13-CV-0059 |
| ) | |
| BRIAN RITTER a/k/a ) | |
| RON BURGER, ) | |
| ) | |
|     Defendant. ) | |

MOTION TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE

Comes now the Defendant, Brian Ritter, by and through counsel, and moves the

Court to continue the initial case management conference, which is currently scheduled

for November 4, 2013. In support of this motion, the Defendant would state and show

unto the Court that the Defendant, Brian Ritter, has just been served, and has just retained

counsel, who has an irreconcilable conflict. The Defendant requests the Court continue

the initial case management conference until the Court's next date. Counsel for the

Defendant has conferred with counsel for the Plaintiff, Morris Kizer and counsel for

Plaintiff agrees that the case management conference should be continued.