```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                        NORTHEASTERN DIVISION

TERRY LOGAN,                      )
                                  )
          Plaintiff               )
                                  )       No. 2:13-0059
v.                                )       Judge Sharp/Brown
                                  )       Jury Demand
BRIAN RITTER a/k/ RON BURGER,     )
                                  )
          Defendant               )
```

## **O R D E R**

A telephone conference was held with the parties in this matter on March 5, 2014. The parties advised that they were in the process of resolving this matter.

At the present time no changes to the scheduling order are needed.

The parties are advised that the Magistrate Judge stands ready to assist the parties should they feel that alternative dispute resolution would be helpful in this matter.

It is so **ORDERED**.

```
                         /s/   Joe B. Brown
                         JOE B. BROWN
                         United States Magistrate Judge
```