UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| TERRY LOGAN | ) | |
| | ) | **No. 2:13-0059** |
| v. | ) | **Judge Sharp** |
| | ) | |
| BRIAN RITTER | ) | |

## O R D E R

Pursuant to the Motion to Dismiss (Docket No. 28) filed by the Plaintiff, this action is hereby dismissed with prejudice pursuant to Rules 41(a)(1) and (a)(2) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE